■ In the Matter of Giovanni K., an Infant. Oneida County Department of Social Services, Respondent; Dawn K., Appellant. (Appeal No. 2.) [877 NYS2d 723]—Appeal from an order of the Family Court, Oneida County (Randal B. Caldwell, J.), entered May 23, 2007 in a proceeding pursuant to Social Services Law § 384-b. The order, insofar as appealed from, denied respondent's motion seeking to transfer supervision of the case to another county.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Giovanni K.* (62 AD3d 1242 [2009]). Present—Smith, J.P., Centra, Fahey, Green and Pine, JJ.